The motion to dismiss is denied. The judgment of the court below is affirmed.

200 U.S. 619, 26 S.Ct. 757

**I. H. MOORE et al., v. JOHN DALTON et al.**

No. 552.

Supreme Court of the United States.

Feb. 19, 1906.

See same case below, 141 F. 311.

Mr. S. M. Stockslager for petitioners.

Mr. E. S. Pillsbury, for respondents.

Denied.